# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**WILLIAM R. THOMPSON,**

      Plaintiff,

      vs.                                  Civil No. 09cv63 RB/ACT

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      Defendant.

## ORDER

**THIS MATTER** comes before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge. [Doc.25.] No objections were filed.

**IT IS THEREFORE ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are hereby adopted by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse or Remand Administrative Agency Decision is granted.

**IT IS FURTHER ORDERED** that this matter is remanded to the Commissioner.

_____
**ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**